**FILED**
March 5, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )    Case No. 2:14CR00044-MCE-1
         Plaintiff,          )
v.                                        )    ORDER FOR RELEASE OF
                                           )    PERSON IN CUSTODY
ALEKSANDR KUZMENKO, )
                                           )
         Defendant.      )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEKSANDR KUZMENKO , Case No. 2:14CR00044-MCE-1 , Charge  18USC § 286 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

    ✔ Unsecured Appearance Bond $50,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  March 5, 2014  at  2:47 pm .

                                                           By  /s/ Allison Claire/s/ Allison Claire
                                                                Allison Claire
                                                                United States Magistrate Judge

Copy 2 - Court