**FILED**

March 5, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
v.                              )
                                )
ALEKSANDR KUZMENKO,             )
                                )
                Defendant.      )

Case No. 2:14CR00044-MCE-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALEKSANDR KUZMENKO__ , Case No. _

2:14CR00044-MCE-1_ , Charge _18USC § 286_ , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___   Release on Personal Recognizance

      ___   Bail Posted in the Sum of $__

      _✔_   Unsecured Appearance Bond $50,000.00

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

      _✔_   (Other)      Pretrial conditions as stated on the record.


Issued at _Sacramento, CA_ on _March 5, 2014_ at _2:47 pm_ .


                        By   /s/ Allison Claire/s/ Allison Claire

                             Allison Claire
                             United States Magistrate Judge

Copy 2 - Court