JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
VALERIY NIKITCHUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. 2:14-cr-00044-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | CONTINUE THE STATUS CONFERENCE TO |
| v. ) | THURSDAY, JUNE 26, 2014 WITH |
| ) | EXCLUSION OF TIME FROM THE SPEEDY |
| ALEKSANDR KUZMENKO, et al., ) | TRIAL ACT AND PROPOSED ORDER |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michele M. Beckwith, and for the defendants: 1- Kresta N. Dally representing Aleksandr Kuzmenko.; 2- Michael L. Chastine representing Petr Kuzmenko.;

3- Steven B. Plesser representing Arsen Muhtarov; and 4- James R. Greiner representing Valeriy Nikitchuk hereby agree and stipulate to the following[1]:

    1- By previous order, this matter was set for status on Thursday, April 17, 2014, see docket numbers 10, 22 and 42.

    2. By this Stipulation, the defendants collectively now move to continue the status conference until Thursday, June 26, 2014 and to exclude time pursuant to the Speedy Trial Act between Thursday, April 17, 2014 and Thursday, June 26, 2014, under Local Code T-4 (time for adequate attorney preparation). The government has produced initial discovery of more than approximately 15,000 pages in this case and does not oppose this request. In addition, attorney James R. Greiner, was just appointed to this case on April 3, 2014 and needs time to begin to review the facts and discovery and to begin investigation in this case. (See docket entry number 42)

    3. The parties agree and stipulate to the following and request the Court to find the following:

    a. The government has produced initial discovery to date which consists of approximately 15,000 pages.

    b. Counsel for all defendants need time to begin to review all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this case requires.

---

[1] The government requested that the format presented in this stipulation be used by the parties.

     d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     e. The government, based on all of the above, does not object to the continuance.

     f. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

     g. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, April 17, 2014 to Thursday, June 26, 2014, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(iv) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

     Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 4-9-14        /s/ Michele M. Beckwith

_____
Michele M. Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 4-9-14

/s/ Kresta N. Dally

_____
Kresta N. Dally
Attorney for Defendant
1- Aleksandr Kuzmenko

DATED: 4-9-14        /s/ Michael L. Chastaine

_____
Michael L. Chastaine
Attorney for Defendant
2- Petr Kuzmenko

DATED: 4-9-14        /s/  Steve B. Plesser

_____
Steve B. Plesser
Attorney for Defendant
3-  Petr Kuzmenko

DATED: 4-9-14        /s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant
4- Valeriy Nikitchu

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT