Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
ALEKSANDR KUZMENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEKSANDR KUZMENKO,<br><br>  Defendant. | Case No. 2:14-CR-00044-MCE<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITION** |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Michele Beckwith, and defendant Aleksandr Kuzmenko, by and through his counsel of record, Kresta Nora Daly, hereby stipulate that Pretrial Release Condition 13 be modified.

Pretrial Release Condition 13 currently prohibits Mr. Kuzemenko from having contact with any of his co-defendants with the exception of his brother Petr Kuzmenko.  Mr. Kuzmenko's cousin, Arsen Muhtarov is also charged in this case.  Mr. Kuzmenko wishes to have contact with Mr. Muhtarov.  Pre-trial services is aware of this request and has no objection.  Therefore the parties stipulate Pretrial Release Condition 13 be amended to read as follows:

  13.  You shall not associate or have any contact with any of the co-
       defendants in your federal case, with the exception of Peter Kuzmenko
       and Arsen Muhtarov, unless in the presence of counsel or otherwise

- 1 -

approved in advance by the pretrial services officer.

Dated: April 15, 2014.

       /s/Kresta Nora Daly
Assistant United States Attorney Michele Beckwith

Dated: April 15, 2013.    BARTH DALY LLP

By   /s/Kresta Nora Daly
    KRESTA NORA DALY
Attorneys for Defendant
Aleksandr Kuzmenko

## ORDER

IT IS HEREBY ORDERED that Pretrial Release Condition 13 be modified as stated above. All other Pretrial Release conditions previously imposed remain in effect.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT