1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-044 MCE |

11 |         Plaintiff, |

12 |         v. |

13 | ALEKSANDR KUZMENKO, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE
   | PETR KUZMENKO, | ORDER RE: DISSEMINATION OF DISCOVERY
14 | ARSEN MUHTAROV, | DOCUMENTS CONTAINING NAMES AND
   | VALERIY NIKITCHUK, and | PERSONAL IDENTIFYING INFORMATION
15 | SERGEY DYAKANOV,

16 |         Defendants.

17

18         Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in this case, United States v.

19 Kuzmenko, et al., 2:14-cr-044 MCE stipulate and agree, and respectfully request that the Court order

20 that:

21         1.   The United States shall turn over discovery containing personal identifying information

22 of third parties in this case subject to this stipulation and associated protective order.

23         2.   Certain documents in the government's discovery production contain names and personal

24 identifying information of defendants and other individuals (hereinafter, the "Protected Material"). Such

25 personal identifying information includes, but is not limited to, surnames, street addresses, telephone

26 numbers, drivers' license numbers, social security numbers, financial account numbers, dates of birth,

27 and any other alphanumeric identifiers attributed to any person. Any pages of discovery that contain no

28 personal identifying information are not subject to this order.

3.	The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case.

4.	Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s).  The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5.	Any person receiving Protected Material or a copy of Protected Material from counsel for any defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6.	Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given.  Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7.	The defendants in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof.  Notwithstanding the foregoing, counsel are permitted to provide each defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redact all personal identifying information from those documents prior to providing them to a defendant.

8.	The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for any defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, staff, investigator, expert, or the Court.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: 6/11/2014

By: /s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

STIPULATION AND [PROPOSED] PROTECTIVE ORDER       2

DATE: 6/11/2014        /s/ Kresta N. Daly
KRESTA N. DALY
Attorney for ALEKSANDR KUZMENKO

DATE: 6/11/2014        /s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for PETR KUZMENKO

DATE: 6/11/2014        /s/ Steven Plesser
STEVEN PLESSER
Attorney for ARSEN MUHTAROV

DATE: 6/11/2014        /s/James R. Greiner
Attorney for VALERIY NIKITCHUK

By agreement of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: June 12, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE