1   JAMES R. GREINER, ESQ.
2   CALIFORNIA STATE BAR NUMBER 123357
    LAW OFFICES OF JAMES R. GREINER
3   1024 IRON POINT ROAD
    FOLSOM, CALIFORNIA 95630
4   TELEPHONE: (916) 357-6701
    FAX: (916) 920-7951
5   E mail: jaygreiner@midtown.net
6
    ATTORNEY FOR DEFENDANT
7   VALERIY NIKITCHUK
8
9
10              IN THE UNITED STATES DISTRICT COURT FOR THE
11                     EASTERN DISTRICT OF CALIFORNIA
12
13
14
15  UNITED STATES OF AMERICA,  )        CR.NO.S-14-44--MCE
                                )
16  PLAINTIFF,                  )        STIPULATION BETWEEN THE PARTIES TO
                                )        CONTINUE THE STATUS CONFERENCE TO
17          v.                  )        THURSDAY, SEPTEMBER 25, 2014 WITH
                                )        EXCLUSION OF TIME FROM THE SPEEDY
18  ALEKSANDR KUZMENKO, et al., )        TRIAL ACT AND PROPOSED ORDER
                                )
19  DEFENDANTS.                 )
                                )
20  _____)
21
22          The parties to this litigation, the United States of America, represented by Assistant

23  United States Attorney, Michele M. Beckwith, and for the defendants: 1- Kresta N. Dally

24  representing Aleksandr Kuzmenko.; 2- Michael L. Chastine representing Petr Kuzmenko.;

25  3- Steven B. Plesser representing Arsen Muhtarov;  and 4- James R. Greiner representing Valeriy

26  Nikitchuk hereby agree and stipulate to the  following[1]:

27      [1]The government requested that the format presented in this stipulation be used by the
28  parties.

                                        1

1- By previous order, this matter was set for status on Thursday, June 26, 2014, see docket number 51.

2. By this Stipulation, the defendants collectively now move to continue the status conference until Thursday, September 25, 2014 and to exclude time pursuant to the Speedy Trial Act between Thursday, June 26, 2014 and Thursday, September 25, 2014, under Local Codes T-2 (complexity due to the amount of discovery, number of defendants and potential legal issues) and   T-4 (time for adequate attorney preparation). The government has produced initial discovery of more than approximately 15,000 pages in this case, including the latest production of discovery on about June 16, 2014, consisting of an additional approximate 275 pages of discovery and the government does not oppose this request. In addition, attorney James R. Greiner, was just appointed to this case on April 3, 2014 and needs time to begin to review the facts and discovery and to begin investigation in this case. (See docket entry number 42)

3. The parties agree and stipulate to the following and request the Court to find the following:

a. The government has produced initial discovery to date which consists of approximately over 15,000 pages, including the latest production of discovery on about June 16, 2014, consisting of an additional approximate 275 pages of discovery.

b. Counsel for all defendants need  time to begin to review  all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this case requires.

d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government, based on all of the above, does not object to the continuance.

f. Based on the above stated findings, the ends of justice served by continuing the case as

requested outweigh the interest of the public and all the defendants in a trial within the original

date prescribed by the Speedy Trial Act.

g. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C.

section 3161, et seq., within which trial must commence, the time period from Thursday, June

26, 2014  to  Thursday, September 25, 2014, inclusive, is deemed excludable  pursuant to Title

18 U.S.C.  3161(h)(7)(B)(ii) which corresponds to Local Code T-2 and Title 18 U.S.C. section

3161(h)(7)(B)(iv) corresponding to Local Code T-4, because it results from a continuance

granted by the Court at defendants' request on the basis of the Court's finding that  both,  the

case is complex due to the amount of discovery and number of defendants and potential legal

issues in the case and that the ends of justice served by taking such action outweigh the best

interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period within

which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual

attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-23-14          /s/ Michele M. Beckwith

_____
Michele M. Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 6-23-14

/s/ Kresta N. Dally

_____
Kresta N. Dally
Attorney for Defendant
1- Aleksandr Kuzmenko

3

DATED:  6-23-14          /s/ Michael L. Chastaine
                         _____
                         Michael L. Chastaine
                         Attorney for Defendant
                         2- Petr Kuzmenko

DATED:  6-239-14         /s/  Steve B. Plesser
                         _____
                         Steve B. Plesser
                         Attorney for Defendant
                         3-  Petr Kuzmenko

DATED:   6-23-14         /s/ James R. Greiner
                         _____
                         James R. Greiner
                         Attorney for Defendant
                         4- Valeriy Nikitchu

## ORDER

**IT IS SO ORDERED.**

Dated:  June 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4