JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
VALERIY NIKITCHUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-cr-00044 |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | CONTINUE THE STATUS CONFERENCE TO |
| v. ) | THURSDAY, FEBRUARY 26, 2015 WITH |
| ) | EXCLUSION OF TIME FROM THE SPEEDY |
| ALEKSANDR KUZMENKO, et al.,) | TRIAL ACT AND PROPOSED ORDER |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

The parties to this litigation, the United States of America, represented by

Assistant United States Attorney, Michele M. Beckwith, and for the defendants: 1-

Kresta N. Dally representing Aleksandr Kuzmenko.; 2- Michael L. Chastaine

representing Petr Kuzmenko.;

Stipulation to Continue and Exclude Time to

Thursday, February 26, 2015Valeriy Nikitchuk - 1

3- Steven B. Plesser representing Arsen Muhtarov;  and 4- James R. Greiner representing Valeriy Nikitchuk hereby agree and stipulate to the  following[1]:

1- By previous order, this matter was set for status on Thursday, September 25, 2014, see docket number 62.

2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, February 26, 2015** and to exclude time pursuant to the Speedy Trial Act **between Thursday, September 25, 2014 and Thursday, February 26, 2015,** under Local Codes T-2 (**complexity due to the amount of discovery, number of defendants and potential legal issues**) and   T-4 (**time for adequate attorney preparation**). The government has produced initial **discovery of more than approximately 15,000 pages** in this case, including the latest production of discovery on about June 16, 2014, consisting of an additional approximate 275 pages of discovery and the government does not oppose this request. In addition, **attorney James R. Greiner, was just appointed to this case on April 3, 2014** and needs time to continue to review the facts and discovery and to continue investigation in this case and to go over the discovery with his client. . (See docket entry number 42)

3. The parties agree and stipulate to the following and request the Court to find the following:

a. The government has produced initial **discovery to date which consists of approximately over 15,000 pages**, including the latest production of

---

[1]The government requested that the format presented in this stipulation be used by the parties.

discovery on about June 16, 2014, consisting of an additional approximate 275 pages of discovery.

b. Counsel for all defendants need  additional time to continue to review  all the discovery with their respective clients, to continue  investigation into this case, continue to do research, which includes legal research, in this case, and to otherwise continue to do review and investigation, using due diligence, that this complex case requires.

d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Petr Kuzmenko has a Federal Trial in this district scheduled for January 12, 2015 in case CR-S-11-210—JAM, which is a multi-defendant case, with six defendants scheduled for trial.

f. The government, based on all of the above, does not object to the continuance.

g. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from **Thursday, September 25,  2014  to  Thursday, February  26, 2015**, inclusive, is deemed excludable  pursuant to Title 18 U.S.C.  3161(h)(7)(B)(ii) which

corresponds to Local Code T-2 and Title 18 U.S.C. section 3161(h)(7)(B)(iv) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that  both,  the case is complex due to the amount of discovery and number of defendants and potential legal issues in the case and that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 9-18-14          /s/ Michele M. Beckwith
_____
Michele M. Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 9-18-14

/s/ Kresta N. Dally
_____
Kresta N. Dally
Attorney for Defendant
1- Aleksandr Kuzmenko

DATED:  9-18-14          /s/ Michael L. Chastaine

_____

Michael L. Chastaine
Attorney for Defendant
2- Petr Kuzmenko

DATED:  9-18-14          /s/  Steve B. Plesser

_____

Steve B. Plesser
Attorney for Defendant
3-  Petr Kuzmenko

DATED:   9-18-14          /s/ James R. Greiner

_____

James R. Greiner
Attorney for Defendant
4- Valeriy Nikitchu

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT