JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
VALERIY NIKITCHUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-14-44--MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | CONTINUE THE STATUS CONFERENCE TO |
| v. ) | THURSDAY, JUNE 25, 2015 WITH |
| ) | EXCLUSION OF TIME FROM THE SPEEDY |
| ALEKSANDR KUZMENKO, et al.,) | TRIAL ACT AND ORDER |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michele M. Beckwith, and for the defendants: 1- Kresta N. Dally representing Aleksandr Kuzmenko.; 2- Michael L. Chastaine representing Petr Kuzmenko.;

Stipulation to Continue and Exclude Time to
Thursday, June 25, 2015Valeriy Nikitchuk - 1

3- Steven B. Plesser representing Arsen Muhtarov;  and 4- James R. Greiner representing Valeriy Nikitchuk hereby agree and stipulate to the  following[1]:

       1- By previous order, this matter was set for status on Thursday, February 19, 2015, see docket number 66.

       2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, June 25, 2015** and to exclude time pursuant to the Speedy Trial Act **between Thursday, February 19, 2015 and Thursday, June 25, 2015,** under Local Codes T-2 (**complexity due to the amount of discovery, number of defendants and potential legal issues**) and   T-4 (**time for adequate attorney preparation**). The government has produced initial **discovery of more than approximately 15,000 pages** in this case, including the latest production of discovery on about June 16, 2014, consisting of an additional approximate 275 pages of discovery and the government does not oppose this request. In addition, **attorney James R. Greiner, was just appointed to this case on April 3, 2014** and still needs time to continue to review the facts and discovery and to continue investigation in this case and to go over the discovery with his client. . (See docket entry number 42)

       3. The parties agree and stipulate to the following and request the Court to find the following:

       a. The government has produced initial **discovery to date which consists of approximately over 15,000 pages**, including the latest production of

---

[1] The government requested that the format presented in this stipulation be used by the parties.

Stipulation to Continue and Exclude Time to
Thursday, June 25, 2015Valeriy Nikitchuk - 2

discovery on about June 16, 2014, consisting of an additional approximate 275 pages of discovery.

    b. Counsel for all defendants need additional time to continue to review all the discovery with their respective clients, to continue investigation into this case, continue to do research, which includes legal research, in this case, and to otherwise continue to do review and investigation, using due diligence, that this complex case requires.

    d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. Petr Kuzmenko went to Trial in this district on January 12, 2015 in case CR-S-11-210—JAM, which is a multi-defendant case, with four defendants and the trial concluded on Friday, February 13, 2015, which means Mr. Kuzmenko's attorney, Mr. Michael L. Chastaine has been in trial and trial preparation for months and Mr. Chastaine needs additional time as stated herein.

    f. Valeriy Nikitichuk since about October, 2014, had been in intensive trial preparation for a trial that was to commence on March 2, 2015. That case had over 3 TB of documents (best estimate is in the millions) which took the focus of Mr. Nikitichuk's sole practioneer, Mr. James R. Greiner, for several months and Mr. Greiner needs additional time as stated herein in light of the fact Mr. Greiner was appointed on April, 2014.

Stipulation to Continue and Exclude Time to
Thursday, June 25, 2015Valeriy Nikitichuk - 3

    f. The government, based on all of the above, does not object to the continuance.

    g. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    h. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from **Thursday, February 19, 2015 to Thursday, June 25, 2015**, inclusive, is deemed excludable pursuant to Title 18 U.S.C. 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 and Title 18 U.S.C. section 3161(h)(7)(B)(iv) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that both, the case is complex due to the amount of discovery and number of defendants and potential legal issues in the case and that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

    Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Stipulation to Continue and Exclude Time to
Thursday, June 25, 2015Valeriy Nikitchuk - 4

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 2-13-15          /s/ Michele M. Beckwith
                        _____
                        Michele M. Beckwith
                        ASSISTANT UNITED STATES ATTORNEY
                        ATTORNEY FOR THE PLAINTIFF


DATED: 2-13-15

                        /s/ Kresta N. Dally
                        _____
                        Kresta N. Dally
                        Attorney for Defendant
                        1- Aleksandr Kuzmenko



DATED:  2-13-15         /s/ Michael L. Chastaine
                        _____
                        Michael L. Chastaine
                        Attorney for Defendant
                        2- Petr Kuzmenko

DATED:  2-13-15         /s/  Steve B. Plesser
                        _____
                        Steve B. Plesser
                        Attorney for Defendant
                        3-  Petr Kuzme

Stipulation to Continue and Exclude Time to

Thursday, June 25, 2015Valeriy Nikitchuk - 5

| | |
|---|---|
| 1 | DATED:  2-13-15         /s/ James R. Greiner |

James R. Greiner
Attorney for Defendant
4- Valeriy Nikitchu

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation to Continue and Exclude Time to
Thursday, June 25, 2015Valeriy Nikitchuk - 6