JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
VALERIY NIKITCHUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ALEKSANDR KUZMENKO, et al.,) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-14-44--MCE <br><br> STIPULATION BETWEEN THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, SEPTEMBER 24, 2015 WITH EXCLUSION OF TIME FROM THE SPEEDY TRIAL ACT AND ORDER |

    The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michele M. Beckwith, and for the defendants: 1- Kresta N. Dally representing Aleksandr Kuzmenko.; 2- Michael L. Chastaine representing Petr Kuzmenko.; 3- Steven B. Plesser representing Arsen Muhtarov; and 4- James R. Greiner representing Valeriy Nikitchuk hereby agree and stipulate to the

Stipulation and Order - 1

following[1]:

1- By previous order, this matter was set for status on Thursday, June 25, 2015, see docket number 68.

2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, September 24, 2015** and to exclude time pursuant to the Speedy Trial Act **between Thursday, June 25, 2015 and Thursday, September 24, 2015,** under Local Codes T-2 (**complexity due to the amount of discovery, number of defendants and potential legal issues**) and T-4 (**time for adequate attorney preparation**). The government, to date, has produced **discovery of more than approximately 15,300 pages** in this case.

3. The parties agree and stipulate to the following and request the Court to find the following:

a. The government has produced initial **discovery to date which consists of approximately over 15,300 pages**.

b. Counsel for all defendants need additional time to continue to review all the discovery with their respective clients, to continue investigation into this case, continue to do research, which includes legal research, in this case, and to otherwise continue to do review and investigation, using due diligence, that this complex case requires.

d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

---

[1] The government requested that the format presented in this stipulation be used by the parties.

Stipulation and Order - 2

e. Petr Kuzmenko's attorney, Mr. Chastaine, is scheduled for Trial in this district on June 22, 2015, (CR-S-11-450--TLN), which is scheduled to go to approximately the middle of July, 2015. In addition, Mr. Chastaine was in a multi-defendant Federal trial earlier this year (Case CR-S-11-210—JAM) which concluded on Friday, February 13, 2015, which means Mr. Kuzmenko's attorney, Mr. Michael L. Chastaine has been in trial and trial preparation for months and Mr. Chastaine needs additional time as stated herein.

f. All defense counsel need additional time to review the over approximately 15,300 pages of discovery with their respective clients, and to do investigation regarding that discovery and leads from their respective clients, with some defendants having investigation in various states outside of the State of California.

f. The government, based on all of the above, does not object to the continuance.

g. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from **Thursday, June 25, 2015 to Thursday, September 24, 2015**, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 and Title 18 U.S.C. section 3161(h)(7)(B)(iv) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that both, the case is complex due to the amount of discovery and number of defendants and potential legal issues in the case and that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-15-15           /s/ Michele M. Beckwith
                         _____
                         Michele M. Beckwith
                         ASSISTANT UNITED STATES ATTORNEY
                         ATTORNEY FOR THE PLAINTIFF

DATED: 6-15-15
                         /s/ Kresta N. Dally
                         _____
                         Kresta N. Dally
                         Attorney for Defendant
                         1- Aleksandr Kuzmenko

DATED: 6-15-15           /s/ Michael L. Chastaine
                         _____
                         Michael L. Chastaine
                         Attorney for Defendant
                         2- Petr Kuzmenko

DATED: 6-15-15           /s/ Steve B. Plesser
                         _____
                         Steve B. Plesser
                         Attorney for Defendant
                         3- Arsen Muhtarov

DATED:  6-15-15          /s/ James R. Greiner
                         _____
                         James R. Greiner
                         Attorney for Defendant
                         4- Valeriy Nikitchu

Stipulation and Order - 4

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. It is further ordered that the June 25, 2015 status conference is continued to September 24, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 17, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT