JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
VALERIY NIKITCHUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-14-44--MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | CONTINUE THE STATUS CONFERENCE TO |
| v. ) | THURSDAY, FEBRUARY 25, 2016 WITH |
| ) | EXCLUSION OF TIME FROM THE SPEEDY |
| ALEKSANDR KUZMENKO, et al.,) | TRIAL ACT AND ORDER |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michele M. Beckwith, and for the defendants: 1- Kresta N. Dally representing Aleksandr Kuzmenko.; 2- Michael L. Chastaine representing Petr Kuzmenko.; 3- Steven B. Plesser representing Arsen Muhtarov; and 4- James R. Greiner representing Valeriy Nikitchuk hereby agree and stipulate to the following[1]:

---

[1] The government requested that the format presented in this stipulation be used by the parties.

1

1- By previous order, this matter was set for status on Thursday, September 24, 2015, see docket number 70.

2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, February 25, 2016** and to exclude time pursuant to the Speedy Trial Act **between Thursday, September 24, 2015 and Thursday, February 25, 2016,** under Local Codes T-2 (**complexity due to the amount of discovery, number of defendants and potential legal issues**) and T-4 (**time for adequate attorney preparation**), and for continuity of counsel. The government, to date, has produced **discovery of more than approximately 15,300 pages** in this case.

3. The parties agree and stipulate to the following and request the Court to find the following:

a. The government has produced initial **discovery to date which consists of approximately over 15,300 pages**.

b. Counsel for all defendants need additional time to continue to review all the discovery with their respective clients, to continue investigation into this case, continue to do research, which includes legal research, in this case, and to otherwise continue to do review and investigation, using due diligence, that this complex case requires.

d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Petr Kuzmenko's attorney, Mr. Chastaine, has completed his trial in this district that began on June 22, 2015, (CR-S-11-450--TLN), and is now awaiting sentencing.

f. All defense counsel need additional time to review the over approximately 15,300 pages of discovery with their respective clients, and to do investigation regarding that discovery and leads from their respective clients, with some

defendants having investigation in various states outside of the State of California.

   g. The government, based on all of the above, does not object to the continuance.

   h. To ensure continuity of counsel, and to allow sufficient time for discussions by and with and between the government and all defendants about the case and to explore any potential for possible resolution, in the exercise of reasonable diligence the continuance of the status conference is reasonable.

   i. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   h. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from **Thursday, September 24, 2015 to Thursday, February 25, 2016**, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 and Title 18 U.S.C. section 3161(h)(7)(B)(iv) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that both, the case is complex due to the amount of discovery and number of defendants and potential legal issues in the case and that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

 Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 9-21-15    /s/ Michele M. Beckwith
_____
Michele M. Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 9-21-15    /s/ Kresta N. Dally
_____
Kresta N. Dally
Attorney for Defendant
1- Aleksandr Kuzmenko

DATED: 9-21-15    /s/ Michael L. Chastaine
_____
Michael L. Chastaine
Attorney for Defendant
2- Petr Kuzmenko

DATED: 9-21-15    /s/ Steve B. Plesser
_____
Steve B. Plesser
Attorney for Defendant
3- Arsen Muhtarov

DATED:  9-21-15   /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
4- Valeriy Nikitchu

**IT IS SO ORDERED.**

Dated:  September 24, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT