1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   ALEKSANDR KUZMENKO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:14-CR-00044-GEB

12              Plaintiff,
                                       **STIPULATION AND [PROPOSED]**
13      v.                             **ORDER**

14  ALEKSANDR KUZMENKO,

15              Defendant.

16

17      The parties to this litigation, the United States of America, represented by Assistant

18  United States Attorney, Michele M. Beckwith, and defendant Aleksandr Kuzmenko, represented

19  by Kresta N. Daly, hereby agree and stipulate to the following:

20      1.   By previous order, this matter was set for sentencing on June 24, 2016.

21      2.   By this Stipulation, the parties move to continue the sentencing until September 23,

22  2016.

23      3.   The parties agree and stipulate to the following and request the Court find the

24  following:

25      a.   The draft PSR shall be disclosed to counsel no later than August 12, 2016;

26      b.   Counsel's written objections to the PSR shall be delivered to the Probation Officer and

27  Opposing Counsel no later than August 26, 2016;

28      c.   The PSR shall be filed with the court and disclosed to counsel no later than September

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

2, 2016;

    d.   The Motion for Correction of the PSR shall be filed with the court and served on the Probation Officer and Opposing Counsel no later than September 9, 2016;

    e.  Any replies or statements of non-opposition are due no later than September 16, 2016.

    IT IS SO STIPULATED.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

Dated: May 11, 2016           /s/ Michele M. Beckwith
                MICHELE M. BECKWITH
           Assistant United States Attorney, Attorney For The Plaintiff

Dated: May 11, 2016        BARTH DALY LLP

           By     /s/Kresta Nora Daly
                KRESTA NORA DALY
           Attorneys for Defendant Aleksandr Kuzmenko

**ORDER**

**IT IS SO ORDERED.**

**Dated:  May 12, 2016**

                GARLAND E. BURRELL, JR.
                Senior United States District Judge