Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ALEKSANDR KUZMENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR KUZMENKO,<br><br>Defendant. | Case No. 2:14-CR-00044-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michele M. Beckwith, and defendant Aleksandr Kuzmenko, represented by Kresta N. Daly, hereby agree and stipulate to the following:

1. By previous order, this matter was set for sentencing on September 23, 2016.

2. By this Stipulation, the parties move to continue the sentencing until October 28, 2016.

3. The parties agree and stipulate to the following and request the Court find the following:

   a. The draft PSR shall be disclosed to counsel no later than September 16, 2016;

   b. Counsel's written objections to the PSR shall be delivered to the Probation Officer and Opposing Counsel no later than September 30, 2016;

   c. The PSR shall be filed with the court and disclosed to counsel no later than

October 7, 2016;

  d. The Motion for Correction of the PSR shall be filed with the court and served on the Probation Officer and Opposing Counsel no later than October 14, 2016;

  e. Any replies or statements of non-opposition are due no later than October 21, 2016.

 4. Probation is aware of the proposed changes and has no objection.

 IT IS SO STIPULATED.

Respectfully submitted:

            BENJAMIN B. WAGNER
            UNITED STATES ATTORNEY

Dated: September 1, 2016    /s/ Michele M. Beckwith
            MICHELE M. BECKWITH
            Assistant United States Attorney, Attorney For The Plaintiff

Dated: September 1, 2016    BARTH DALY LLP

            By /s/Kresta Nora Daly
            KRESTA NORA DALY
            Attorneys for Defendant Aleksandr Kuzmenko

**ORDER**

**IT IS SO ORDERED.**

**Dated:  September 7, 2016**

            _____
            GARLAND E. BURRELL, JR.
            Senior United States District Judge

- 2 -

STIPULATION AND ORDER            [Case No. 2:14-cr-00044-GEB]